# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2016

## NO. 03-15-00229-CV

**Aziz Shakarzahi and Ilia Shakarzahi, Appellants**

**v.**

**Raymond Malooly; Alan Malooly; Malooly Corporation; Pebble Hills Plaza, Ltd.; ASLM, Ltd.; ASLM II, Ltd.; January 2K, Ltd.; and Federal Acceptance Corporation, Appellees**

### APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on January 30, 2015. Having reviewed the record, the Court holds that appellants have not prosecuted their appeal and did not file a brief, nor comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.